# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5337**                                                       **September Term, 2006**

06cv001737

Filed On: February 27, 2007

[1025209]

The Washington Post,
        Appellee

      v.

Department of Homeland Security,
        Appellant

      **BEFORE**:     Ginsburg, Chief Judge, and Sentelle and Garland, Circuit Judges

## O R D E R

      Upon consideration of the consent motion to vacate preliminary injunction as moot and dismiss appeal, it is

      **ORDERED** that the motion to dismiss the appeal as moot be granted in light of the "Notice of Voluntary Dismissal Pursuant to Rule 41(a)," filed January 8, 2007. It is

      **FURTHER ORDERED** that the district court's order filed October 18, 2006 and memorandum opinion filed October 19, 2006, granting plaintiff-appellee's motion for a preliminary injunction and directing the United States Secret Service to process plaintiff-appellee's June 12, 2006 Freedom of Information Act request within ten days, be vacated.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**
